**BLUMENTHAL, NORDREHAUG & BHOWMIK**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
  Piya Mukherjee (State Bar #274217)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICIO CAVAZOS, an individual, on behalf of himself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HEARTLAND AUTOMOTIVE SERVICES, INC. a Corporation; ALAMITOS LUBE CENTERS, LLC, a California Limited Liability Company; and Does 1 through 50, Inclusive,<br><br>Defendants. | CASE No. **EDCV 14-01584 VAP SPx)**<br><br>(Class Action)<br><br>PLAINTIFF'S NOTICE OF MOTION AND MOTION TO LIFT STAY TO REMAND ACTION TO STATE COURT<br><br>Date: September 22, 2014<br>Time: 2:00 p.m.<br>Judge: Hon. Virginia A. Phillips<br>Location: Courtroom 2<br><br>George E. Brown, Jr. Federal Building and United States Courthouse<br>3470 Twelfth Street<br>Riverside, CA 92501-3801<br><br>Action Filed:    March 28, 2014 |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT**, on September 22, 2014 at 2:00 p.m., or as soon thereafter as may be heard in Courtroom 2 of the United States District Court for the Central District of California, located at the George E. Brown, Jr. Federal Building and United States Courthouse, 3470 Twelfth Street Riverside, CA 92501-3801, Plaintiff MAURICIO CAVAZOS ("Plaintiff") will and hereby does move this Court for an order lifting the stay in order to remand this case to the Riverside Superior Court.

Plaintiff's Motion is timely because it was filed less than thirty (30) days after defendant HEARTLAND AUTOMOTIVE SERVICES, INC. ("Defendant") filed its Notice of Removal on or around August 1, 2014. See 28 U.S.C. § 1447(c).

This Motion is made on the grounds that this Court is without subject matter jurisdiction to preside over this action. Defendants removed this action pursuant to the provisions of the Class Action Fairness Act of 2005 ("CAFA"), which creates federal subject matter jurisdiction over nationwide class actions where, inter alia, there is minimal diversity and an aggregated amount in controversy of more than $5 million dollars. 28 U.S.C. § 1332(d)(2). The burden of proving CAFA's jurisdictional prerequisites falls on the removing defendant.

The grounds for removal are that the "local controversy" exception applies and Defendant failed to establish by a preponderance of the evidence that the amount in controversy exceeds $5 million as required under CAFA. Defendant relied entirely and improperly upon speculation and conjecture concerning the amount in controversy. Plaintiff seeks attorneys' fees for expenses incurred in filing the motion.

///
///
///
///

1  This Motion is based on the admissions of Defendant Heartland in the Notice
2  of Removal, this Notice of Motion and Motion, Memorandum in Support,
3  Declaration of Aparajit Bhowmik in Support and all exhibits thereto, the Reply Brief
4  (if any), all papers and pleadings on file with the Court in this action, and on any and
5  all further oral and documentary evidence as the Court may consider in connection
6  with the hearing on this Motion.
7  The Motion is made following conference of counsel which took place on
8  August 18, 2014.
9  Respectfully submitted,

11 Dated August 21, 2014          BLUMENTHAL, NORDREHAUG & BHOWMIK

13                    By:   */s/ Aparajit Bhowmik*
                            Aparajit Bhowmik
14                          Attorneys for Plaintiffs

K:\D\Dropbox\Pending Litigation\Heartland Automotive - Cavazos\notice-p-remand.wpd