SEYFERTH BLUMENTHAL & HARRIS, LLC
Deena B. Jenab - MO State Bar #49666
4801 Main Street, Suite 310
Kansas City, Missouri 64112
Telephone: (816) 756-0700
Facsimile: (816) 756-3700
Deena@sbjlaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICIO CAVAZOS, an individual, on behalf of himself and on behalf of all persons similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>HEARTLAND AUTOMOTIVE SERVICES, INC., a Corporation; ALAMITOS LUBE CENTERS, LLC, a California LLC; and Does 1 through 50, Inclusive,<br><br>Defendant(s). | CASE NUMBER<br><br>EDCV 14-01584 VAP (SPx)<br><br>~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE* |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Jenab, Deena B.           of   Seyferth Blumenthal & Harris, LLC
*Applicant's Name (Last Name, First Name & Middle Initial)*     4801 Main Street
                                                                 Suite 310
816.756.0700        816.756.3700                                 Kansas City, Missouri 64112
*Telephone Number*   *Fax Number*
deena@sbhlaw.com
*E-Mail Address*                                                 *Firm Name & Address*

for permission to appear and participate in this case on behalf of

Heartland Automotive Services, Inc.

*Name(s) of Party(ies) Represented*    ☐ Plaintiff   ☐ Defendant   ☐ Other:_____

and designating as Local Counsel

Mills, Brian J.             of   Snell & Wilmer L.L.P
*Designee's Name (Last Name, First Name & Middle Initial)*    600 Anton Boulevard
                                                              Suite 1400
216078              714.427.7000                              Costa Mesa, California 92629
*Designee's Cal. Bar Number*   *Telephone Number*
                    714.427.7799
                    *Fax Number*                              *Firm Name & Address*
                                                              bmills@swlaw.com
                                                              *E-Mail Address*

hereby ORDERS the Application be:

☒ GRANTED.
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required fee.

Dated  9/19/14                          _____
                                        U.S. District Judge/U.S. Magistrate Judge
                                        (Virginia A. Phillips)

G-64 ORDER (06/13)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1